**ADANTE D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE MORALES, an individual; and S.M., a minor, by and through their guardian ad litem, WENDY CHAU;<br>　　　　Plaintiff,<br>v.<br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; RUSSELL FONG, in his individual capacity as a law enforcement officer for the CITY OF SAN FRANCISCO; RYAN LAU, in his individual capacity as a law enforcement officer for the CITY OF SAN FRANCISCO; and DOES 1-50, inclusive.<br>.<br>　　　　Defendants. | Case No.: 2:22-cv-00234-JAM-DB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JUSTICE OPERATING COMPANY, LLC. PURSUANT TO RULE 41 (a)(1)(A)(i)** |

　　　PLEASE TAKE NOTICE that, pursuant to Rule 41, Plaintiffs are dismissing their action against Defendant Justice Operating Company voluntarily, as no answer or summary judgment motion has been filed. FRCP 41(a)(1)(A)(i) (a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment").

1

Dated: March 22, 2022          Respectfully submitted,

2

3          /s/ Ty Clarke
           Ty Clarke
4          Attorney for Plaintiffs