**ADANTE D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Suite 208
Oakland, CA 94607
Tel: 510-929-5400
www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE MORALES an individual; and S.M. a minor, by and through their guardian ad litem, WENDY CHAU;<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; RUSSELL FONG, in his individual capacity as a law enforcement officer for the CITY OF SAN FRANCISCO; RYAN LAU, in his individual capacity as a law enforcement officer for the CITY OF SAN FRANCISCO; and DOES 1-50, inclusive.<br><br>Defendants. | Case No.: 3:21-cv-03957-EMC<br><br>**JOINT STATUS REPORT** |

Plaintiffs Steve Morales and S.M. and Defendant City and County of San Francisco (collectively "the Parties"), by and through their respective attorneys of records, hereby submit the following Joint Status Report pursuant to the Court's Minute Order. [ECF Doc. No. 49].

## STATUS REPORT

**1. Plaintiffs' Third Amended Complaint**

Plaintiffs filed their Third Amended Complaint on February 22, 2022. [ECF Doc. No. 52]. In the Third Amended Complaint, Plaintiffs have removed Justice Operating Company, LLC as a defendant in this matter. Plaintiffs will file a Notice of Dismissal regarding Justice Operating Company, LLC with this Court upon the filing of this Joint Status Report.

**2. Defendant's Motion to Dismiss**

Defendant City of San Francisco filed a motion to dismiss Plaintiffs' Third Amended Complaint on March 8, 2022. [ECF. Doc. No. 52]. Plaintiffs filed their opposition to Defendant's motion on March 22, 2022. [ECF. Doc. No. 57]. The Parties will argue this motion in front of the Court on April 14, 2022.

Date: March 22, 2022                      Respectfully submitted,

                                          /s/ Ty Clarke
                                          TY CLARKE
                                          COUNSEL FOR PLAINTIFF

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400